UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMA TASFAY; DESMOND ROLLE, <br><br>                              Plaintiffs, <br><br> -against- <br><br> MELISSA RAMOS; DEPARTMENT OF HOMELESS SERVICES; ACACIA, <br><br>                              Defendants. | 20-CV-5472 (LLS) <br><br> ORDER |

LOUIS L. STANTON, United States District Judge:

Plaintiffs Jama Tasfay and Desmond Rolle are proceeding *pro se* and *in forma pauperis*. By order dated August 12, 2020, the Court construed the complaint as asserting claims under the Fair Housing Act (FHA), 42 U.S.C. § 3601, *et seq.*, and 42 U.S.C. § 1983, and directed Plaintiffs to file an amended complaint to address deficiencies in their original complaint. On August 31, 2020, Plaintiff Tasfay submitted a letter to the Court stating as follows:

> I have a video on a USB which cannot be sent as evidence through email. The files are too large. I have it downloaded, and would like the Court to accept the USB into evidence.

(ECF No. 7.)

The request to submit evidence is denied without prejudice. At this stage, Plaintiffs need not submit evidence or prove the truth of the allegations in their amended complaint. Plaintiffs must simply plead sufficient facts to state a viable claim arising under federal law. If Plaintiffs submit an amended complaint that complies with the August 12, 2020 order, and this matter proceeds, they will have an opportunity to submit evidence, either in response to a motion for summary judgment or at trial, to prove their case. Plaintiffs are reminded that their amended complaint is due within sixty days from the date of the August 12, 2020 order.

Plaintiffs may wish to consider contacting the New York Legal Assistance Group's (NYLAG) Legal Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. They may be able to help Plaintiffs amend their pleading. A copy of the flyer with details of the clinic is attached to this order. The clinic is currently **only** available by telephone.

Plaintiffs have consented to receive electronic service (ECF 6.)

SO ORDERED.

Dated:   September 1, 2020
        New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York.  The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax. The clinic cannot assist individuals while they are incarcerated, but can provide assistance to litigants once they are released from custody.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

**Thurgood Marshall United States Courthouse**
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

**Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays**

_____

**The Hon. Charles L. Brieant Jr. Federal Building and Courthouse**
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

**Open Wednesday
12 p.m. - 4 p.m.
Closed on federal and court holidays**

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.


a beneficiary of UJA Federation of New York