# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Jama Tasfay
Desmond Rolle

Write the full name of each plaintiff.

20 CV 5472

(Include case number if one has been assigned)

-against-

Johani Vialet-Rodriguez
Acacia
Melissa Ramos
Nadia DiSalvo

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☑ No



RECEIVED SDNY PRO SE OFFICE 2020 OCT -6 PM 12:23

RECEIVED SDNY PRO SE OFFICE 2020 OCT -7 AM 10:45

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

**A. If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

Amendment 1
Amendment 4
42 U.S.C. § 1983
FHA

**B. If you checked Diversity of Citizenship**

**1. Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __Melissa Nadia Ehsani__, is a citizen of the State of
(Defendant's name)

__New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __Acacia__, is incorporated under the laws of the State of __New York__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __New York__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Jama__ _____ __Tasfay Desmond Rolle__
First Name            Middle Initial    Last Name

__52-34 Van Dam St__
Street Address

__Queens, NYC__        __NY__          __11101__
County, City           State           Zip Code

__929-332-9801__       __Tasfay1@yahoo.com__
Telephone Number       Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Melissa Ramos
First Name    Last Name
Program Administrator
Current Job Title (or other identifying information)
33rd Beaver St
Current Work Address (or other address where defendant may be served)
Manhattan, NYC    NY    10004
County, City    State    Zip Code

Defendant 2: Johani Vialet-Rodriguez
First Name    Last Name
Acacia director
Current Job Title (or other identifying information)
115 Henwood Pl, Bronx, NY 10453, 14th Fl
Current Work Address (or other address where defendant may be served)
Bronx, NYC    NY    10453
County, City    State    Zip Code

Defendant 3: Nadia DiSalvo
First Name    Last Name
DHS Police sergeant
Current Job Title (or other identifying information)
33rd Beaver St
Current Work Address (or other address where defendant may be served)
Manhattan, NYC    NY    10004
County, City    State    Zip Code

Page 4

Defendant 4: **Acacia**
First Name     Last Name

Current Job Title (or other identifying information)

**787 E 149th St**
Current Work Address (or other address where defendant may be served)

**Bronx, NYC**     **NY**     **10455**
County, City     State     Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: **416 East 138th Street, Bronx, NY**

Date(s) of occurrence: **5/31/19**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Melissa Ramos sent 7 DHS police along with shelter director Johanni Vialet-Rodriguez. Melissa Ramos had no legitimate reason to remove us that night. On 5/30/19 we recieved a paper apparently written by her that states we will be moved the next day with no reason provided. It also states that if we do stay, we will be logged out in 48 hrs. Being logged out is the only way a family could be forcibly removed. The only reason she would take such a foolish action would be to discriminate. This has to be the only case as none of us has met her and the only knowledge she has of us is our personal info and our race as that is in DHS' system. This forceful removal violates the FHA by denying us the specific dwelling supplied to us by DHS. The DHS police officers violated our 4th amendment right by siezing many of our belongings and holding them outside

Page 5

the apartment. They stopped and walked fastly out the ballroom when I started to record them. I followed them to the door to record them and that is when Nadia DiSalvo violated my first amendment right by deterring my recordings. She hit my hand and caused my phone to hit the ground. I stated in the previous complaint that Nadia DiSalvo is a DHS police sergeant. She is NOT a security guard. All DHS police are employed by the city. All city agencies are encompassed by the state. This renders Nadia DiSalvo and Melissa Ramos state actors. It is my first amendment right to record state actors on the job. Continued on additional page.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Scratch and redness due to DiSalvo's long nails. I was given an ice pack by the paramedics.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

1 million for each defendant in their role of violating the rights of our family. Basically 4 million in money damages.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 10/3/20 | Jama Taylor D. Rolle |
| Dated | Plaintiff's Signature |
| Jama | Taylor  Desmond Rolle |
| First Name  Middle Initial | Last Name |
| 52-34 Van Dan St | |
| Street Address | |
| Queens, NYC | NY  11101 |
| County, City | State  Zip Code |
| 929-332-9801 | Tostayj@yahoo.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes  ☑ No   I want everything mailed and emailed.

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Acacia is added because the Shelter is owned by them and they had a hand in our removal. Johanni Violet-Rodriguez is the director and she was present with another case manager who we never found out her name. This means that Acacia was aware of the removal when they sent Johanni and just as liable of violating the FHA and § 1983 as Melissa Ramos and Nadia DiSalvo. Police and ambulance were called.