**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMA M. TASFAY and DESMOND ROLLE,

                    Plaintiff,                    20 **CIVIL** 5472 (PAE) (JLC)

       -against-                              **<u>JUDGMENT</u>**

MELISSA RAMOS, et al.,

                    Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated August 10, 2022, the Court accepts and adopts Judge Catt's June 29, 2022 Report and Recommendation in its entirety. Acacia's motion for judgment on the pleadings is granted.; accordingly, this case is closed.

**Dated:** New York, New York
        August 12, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                            **BY:**
                                                              **Deputy Clerk**